#12873
✓#676759

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 05-31779 W
 CHAPTER 13
 *
Thiery, Jeffrey Allen & Jodi Lynn

Debtor *



### TRANSMITTAL OF UNCLAIMED FUNDS
John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement checks from the USPS due to incomplete address. Unable to locate creditor – no phone listing.

2. The balance of funds for the creditor in the amount of **$800.00** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 491933 | Joe Roeder<br>5175 Zurhmelhy<br>Lima, Oh 45805 | 52.66 | 9/30/08 |
| 500653 | Joe Roeder<br>5175 Zurmehly<br>Lima, Oh 45805 | 90.77 | 10/31/08 |
| 508707 | Joe Roeder<br>Same as above | 38.10 | 11/26/08 |
| ---- | Joe Roeder<br>Same as above | 618.47 | Balance |

3. Your trustee's check # 676759  in the amount of $800.00 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 6/25/10

John P. Gustafson
Trustee in Bankruptcy